[No. 1169.    Decided May 1, 1894.]

GEORGE F. PEABODY, *Appellant*, v. THOMAS G. NICKLIN, *Respondent*.

*Appeal from Superior Court, Whatcom County.*

*Black & Leaming*, for appellant.

*Dorr, Hadley & Hadley*, and *Bruce & Brown*, for respondent.

DUNBAR, C. J.—For the reasons assigned in the case of *Edson v. Knox, ante*, p. 642, and for the further ground of estoppel as found by the lower court, the judgment herein is affirmed.

STILES, HOYT, ANDERS and SCOTT, JJ., concur.

---

[No. 1170.    Decided May 1, 1894.]

LENA ISENSEE, *Respondent*, v. GEORGE F. PEABODY, *Appellant*.

*Appeal from Superior Court, Whatcom County.*

*Fairchild & Rawson*, and *Black & Leaming*, for appellant.

*Bruce, Brown & Cleveland*, for respondent.

DUNBAR, C. J.—For the reasons assigned in the case of *Edson v. Knox, ante*, p. 642, and for the further ground of estoppel as found by the lower court, the judgment herein is affirmed.

STILES, HOYT, ANDERS and SCOTT, JJ., concur.